**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2407**

_____

TIMOTHY GRIFFIN,

             Plaintiff – Appellant,

     v.

U-HAUL INTERNATIONAL INCORPORATED,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:13-cv-00346-GCM)

_____

Submitted: March 6, 2014        Decided: March 12, 2014

_____

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Timothy Griffin, Appellant Pro Se. Michael Wayne Knapp, BRADLEY ARANT BOULT CUMMINGS LLP, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Griffin appeals the district court's order denying relief on Griffin's motion to vacate an arbitration award. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Griffin v. U-Haul Int'l Inc., No. 3:13-cv-00346-GCM (W.D.N.C. Nov. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED